B 2100A (Form 2100A) (12/15)

FILED

# United States Bankruptcy Court

2020 NOV -2 AM 11: 49

District Of <u>NEW HAMPSHIRE</u>

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re <u>SPINELLI, LISA M.</u>  Case No. <u>2010104 BAH</u>

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>ECMC</u>
Name of Transferee

<u>NELNET ON BEHALF OF AMERICAN STUDENT ASSISTANCE</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Phone: 651-221-0566
Last Four Digits of Acct #: 0092

Court Claim # (if known): 2
Amount of Claim: $40,858.14
Date Claim Filed: 02/07/2020

Phone: 888-363-4562
Last Four Digits of Acct #: 0092

Name and Address where transferee payments should be sent (if different from above):

ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 0092

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _Danielle R_____     10/28/2020
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*



100 Cambridge Street, Suite 1600
Boston, MA 02114
www.asa.org

April 10, 2020

Yolanda Jones
Educational Credit Management Corporation
111 South Washington Avenue, Suite 1400
Minneapolis, MN 55401

## ASSIGNMENT OF CLAIM

The Massachusetts Higher Education Corporation d/b/a American Student Assistance (ASA) hereby assigns to the Educational Credit Management Corporation (ECMC), for valuable consideration, the receipt of which is hereby acknowledged, its rights, title, and interest in those student loans listed in the enclosure to this letter, dated April 10, 2020.

The Massachusetts Higher Education Corporation d/b/a American Student Assistance hereby waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

Mark Struppa
Manager
Guarantor Services
American Student Assistance

Enclosure

